JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
jim@oronozlawyers.com
*Attorneys for Defendant Unique Beauford*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:24-cr-00064-RFB-EJY |
| Plaintiff, | |
| vs. | **UNIQUE BEAUFORD'S MOTION REQUESTING BOTH COUNSEL AND DEFENDANT BE ALLOWED TO APPEAR VIA ELECTRONIC VIDEO AT THE AUGUST 14, 2025, STATUS CONFERENCE** |
| UNIQUE BEAUFORD, | |
| Defendant. | |
| | (First Request) |

COMES NOW, Defendant Unique Beauford, by and through her attorneys of record, THOMAS A. ERICSSON, ESQ., and JAMES A. ORONOZ, ESQ., of ORONOZ & ERICSSON, LLC, and hereby files this Motion Requesting Both Counsel and Defendant be Allowed to Appear via Electronic Video at the August 14, 2025, Status Conference.

This Court ordered that all parties physically appear at the August 14, 2025, status conference scheduled on this matter at 12:15 p.m. Physically appearing would be difficult for Ms. Beauford's co-counsel, Thomas A. Ericsson, due to the

significant injury he sustained to his pelvis in Idaho on June 21, 2025. He underwent surgery on June 22, 2025, and was subsequently placed under a sixty (60) day prohibition against walking. Because this status check falls within the timeframe during which Mr. Ericsson's mobility is restricted and he is wheelchair bound, it would be very difficult for him to appear in person at this hearing. He thus respectfully requests permission to appear via Zoom or other electronic video means at the August 14, 2025, status check.

Physically appearing at the status check would also be difficult for Ms. Beauford. Because she lives in Ohio, traveling to Las Vegas, Nevada, for the hearing poses significant financial hardship. It also raises logistical challenges for Ms. Beauford as she would need to arrange childcare for her three young children, including a one-year-old, in her absence. Accordingly, Ms. Beauford also respectfully requests permission to appear via Zoom or other electronic video means at the August 14, 2025, status check.

DATED: July 3, 2025

Respectfully submitted,

/s/ Thomas A. Ericsson
James A. Oronoz, Esq.
Thomas A. Ericsson, Esq.
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
tom@oronozlawyers.com
jim@oronozlawyers.com
*Attorneys for Defendant Unique Beauford*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:24-cr-00064-RFB-EJY |
| Plaintiff, | **ORDER ALLOWING DEFENDANT UNIQUE BEAUFORD AND HER COUNSEL TO APPEAR VIA ELECTRONIC VIDEO AT THE AUGUST 14, 2025, STATUS CONFERENCE** |
| vs. | |
| UNIQUE BEAUFORD, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant Unique Beauford and her counsel be allowed to appear via Zoom or other electronic video means compatible with the Court's audiovisual system at the August 14, 2025, status conference.

DATED this 7th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE